IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Jedidiah Worrick

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

State of South Carolina Alan Wilson, City of Walterboro, City Council et AL SCDSS Charles Turkal, Sandra Polk
SEE Attached
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 2:25-cv-00572-RMG-MHC
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes   ☐ No
*(check one)*

RCVD - USDC COLA SC
JAN 30 '25 PM 4:00

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jedidiah Worrick |
| Street Address | 9822 Bells Hwy |
| City and County | Ruffin, Colleton |
| State and Zip Code | South Carolina 29475 |
| Telephone Number | 843-562-7039 |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | State of South Carolina, Alan Wilson |
| Job or Title (if known) | A.G. Wilson |
| Street Address | 1000 Assembly St, Room 519 |
| City and County | Columbia, Richland |
| State and Zip Code | S.C. 29201 |
| Telephone Number | |

**Defendant No. 2**

| | |
|---|---|
| Name | City of Walterboro |
| Job or Title (if known) | City Council |
| Street Address | 242 Hampton, ST |
| City and County | Walterboro, Colleton |
| State and Zip Code | SC. |
| Telephone Number | |

**Defendant No. 3**

| | |
|---|---|
| Name | Colleton County Sheriff Dept |

2

| | |
|---|---|
| Job or Title (if known) | Sheriff Guerry "Buddy" Hill |
| Street Address | 394 Mable T. Willis Blvd. |
| City and County | Walterboro   Colleton |
| State and Zip Code | S.C.   29488 |
| Telephone Number | |

Defendant No. 4

| | |
|---|---|
| Name | Charles Turkal & Dept of Social |
| Job or Title (if known) | Services S.C. (Walterboro) |
| Street Address | 215 Lemacks St |
| City and County | Walterboro   Colleton |
| State and Zip Code | S.C.   29488 |
| Telephone Number | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Article VI clause 2, clause 3, 1st, 4th, 5th, 8th, and 14th Amendments, 42 U.S.C. 12203, 18 U.S.C. 241, 18 U.S.C 242, 18 U.S.C 1985, 18 U.S.C 1986, S.C. 16-5-60, S.C. 8-1-80

3

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

    1.    The Plaintiff(s)

        a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

        b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

    2.    The Defendant(s)

        a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

        b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____
_____
_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

SEE ATTACHED

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Thirteen million U.S. Dollars From Constitutional Rights Violations, PTSD, Pursuit of Happiness has been destroyed, Family (children) have been Torn apart and displaced, Forced to Relinquish Parental Rights, and Extorted

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _1 - 30_, 20_25_

Signature of Plaintiff      _[signature]_
Printed Name of Plaintiff  _Jedidiah Worrick_

### B.     For Attorneys

Date of signing: _____, 20__.

Signature of Attorney      _____
Printed Name of Attorney   _____
Bar Number                 _____
Name of Law Firm           _____
Address                    _____
Telephone Number           _____
E-mail Address             _____

Jedidiah Worrick

[Type the sender address]
Phone: [Type the sender phone number]

State of South Carolina Alan Wilson,
City of Walterboro & City Council et
al, SCDSS Charles Turkal, Sandra
Polk, Colleton County Sheriff's Dept.
Buddy Hill, Wanda Taylor, Former
Clerk of Court Rebecca Hill

RCVD – USDC COLA SC
JAN 30 '25 PM4:00

**Notice of Intent to Sue:**

This letter has been drafted in regards to the Constitutional violations and injuries incurred upon Jedidiah Worrick and his family on or about October 27th 2021 through December 2021. There were several allegations imposed upon Jedidiah, to which, have not since been resolved and in reality, are unfounded. This Court is in violation of South Carolina court rules and procedure, there are rules to proper service times for due process; we are way past the statute of limitations to effectively bring a conviction upon Jedidiah Worrick. The blatant disregard and total disrespect for Jedidiah his unalienable RIGHTS, his persons, homes, affects, children and family will not be tolerated and a suit of magnificent financial compensation is being pursued for the following reasons listed in the statement & claim section of complaint.

We will be filing suit in the federal district courts District 4 to be precise here in Columbia South Carolina. We will be seeking a handsome number for these deliberate Constitutional violations, injuries and embarrassments bestowed upon Mr. Worrick for the false charges and false reporting in the media which includes defamation of Mr. Worrick 's character. Mr. Worrick has since seen much discrimination from those who are in support of the law enforcement or those closely tied to Colleton County government. This will not be allowed

nor accepted as reasonable behavior. You have 3 months before the lawsuit will be filed have a great day.

[Type the closing]

Jedidiah Worrick
[Type the sender title]
[Type the sender company name]
Date

---

**List of Defendants & Agencies Address and Contact Information:**

**State of South Carolina:**

Attorney General Alan Wilson

Rembert Dennis (Office of A.G. Wilson)

1000 Assembly St. Room 519

Columbia, SC 29201

The Honorable Alan Wilson (Mailing Address)

P.O. Box 11549

Columbia, SC 29211

**Colleton County Sheriff Dept.**

394 Mable T. Willis Blvd

Guerry "Buddy" Hill (Sheriff)

Wanda Taylor (Jail)

**Walterboro City Council:**

242 Hampton St.

Walterboro, SC 29488

Mayor William T. Young Jr.

Councilman James Broderick

Councilwoman Judy Bridge

Councilman Carl Brown

2:25-cv-00572-RMG-MHC    Date Filed 01/30/25    Entry Number 1    Page 10 of 18

Councilman Ladson Fishburne

Councilman Paul Siegel

Councilman Greg Pryor

**South Carolina Department of Social Services (Walterboro):**

215 Lamacks St.

Walterboro, SC 29488

Charles Turkal

Sandra Polk

Former Clerk of Court for Colleton County:

Rebecca Hill

Jedidiah Worrick

9822 Bells Hwy
Ruffin SC 29475
Phone: 843.562.7039

State of South Carolina Alan Wilson,
City of Walterboro & City Council et
al, SCDSS Charles Turkal, Sandra
Polk, Colleton County Sheriff's Dept.
Buddy Hill, Wanda Taylor, Former
Clerk of Court Rebecca Hill

Addresses on last page
Phone: on last page

---

**Statement & Claim:**

This letter has been drafted in regards to the Constitutional violations and injuries incurred upon Jedidiah Worrick and his family on or about October 27th 2021 through December 2021. There were several allegations imposed upon Jedidiah, to which, have not since been resolved and in reality, are unfounded. This Court is in violation of South Carolina court rules and procedure, there are rules to proper service times for due process; we are way past the statute of limitations to effectively bring a conviction upon Jedidiah Worrick. The blatant disregard and total disrespect for Jedidiah his unalienable RIGHTS, his persons, homes, affects, children and family will not be tolerated and a suit of magnificent financial compensation is being pursued for the following reasons:

1. Article VI of the United States Constitution includes two clauses that are important to the functioning of the federal government:
2. Clause 2 The Supremacy Clause, which establishes that federal law is the supreme law of the land and takes precedence over state laws in most cases. This clause allows the federal government to create a central bank, enforce treaties, and enact legislation without interference from the states. To all unconstitutional laws or statutes that are enforced, this clause is defense against that.
3. Clause 3 The religious test clause, which ensures the separation of church and state by prohibiting the requirement of a religious test as a qualification for any public office or trust. Those who swear an oath to uphold and defend the Constitution of all citizens, but neglect to do so, this clause defends against that.
4. First Amendment: The First Amendment of the United States Constitution protects freedom of expression and religion from government interference. It states that

Congress cannot make laws that establish a religion, prohibit the free exercise of religion, or limit freedom of speech, the press, or assembly. It also protects the right to petition the government to address grievances. The First Amendment establishes fundamental rights for the people while limiting the government's power. Specifically listing the Violations and Retaliation for exercise of Freedom of the Press, Freedom of Expression, Right to Redress Grievances. **Claim: On or about October 2021-Jan 2025,** The state of South Carolina, the county of Colleton, the city of Walterboro, the Colleton County Department of Social Services, agent Charles Turkal, The Colleton County Sheriff's Department, the Walterboro City Council, Rebecca Hill, knowingly, willingly, and intentionally conspired against Mr. Worrick for the exercise of his Constitutional right to freedom of speech, expression, and right to redress grievances.

5. Fourth Amendment: The Fourth Amendment of the US Constitution protects people from unreasonable government searches and seizures. It states, "The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated". However, it doesn't guarantee protection against all searches and seizures, only those deemed unreasonable by law. **Claim: On or About October 2021-Jan 2025,** the state of South Carolina, the County of Colleton, the city of Walterboro, the Colleton County Sheriff's Department and Detention Center, Rebecca Hill, Knowingly, willingly, and intentionally conspired to violate Mr. Worrick's Fourth Amendment Constitutional right to be safe and secure in his person's belongings homes and things.

6. The Fifth Amendment of the US Constitution, ratified in 1791, establishes several rights that limit the government's power, particularly in criminal proceedings. It protects individuals from self-incrimination, double jeopardy, and imprisonment without due process. Self-incrimination protection: Individuals can't be forced to provide evidence or testimony that could be used against them in a criminal case. This is often referred to as the right to remain silent. **Claim: On or About October 2021-Jan 2025,** The state of South Carolina, The county of Colleton the city of Walterboro the Colleton County Sheriff's Department and Detention Center, Rebecca Hill, the Colleton County Department of Social Services, and Rebecca Hill, knowingly, willingly, maliciously, and intentionally retaliated against Mr. Worrick for the exercise of the fifth Amendment.

7. The Eighth Amendment of the United States Constitution, ratified in 1791, protects against excessive bail and fines, and cruel and unusual punishments. The amendment's purpose is to ensure that state-inflicted punishments are humane and proportionate to the crime. The original text states, "Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted". **Claim: On or About December 2021-Jan 2025,** The state of South Carolina, the county of Colleton, the Department of Social Services, the city of Walterboro, the Colleton

County Sheriff's Department and Detention Center, and Rebecca Hill, unlawfully arrested Mr. Jedidiah Warwick for charges that have yet to be settled in the court of law. The statute of limitations for these court proceedings and due process have run its course thus violating Mr. Worrick's 8th Amendment right to be free from cruel and unusual punishment. Mr. Worrick was also forced to pay an excessive amount of bail to be released from custody this is also a violation of his Constitutional rights.

8. The 14th Amendment of the United States Constitution, The "equal protection of the laws" clause within the 14th Amendment of the U.S. Constitution states that no state can "deny to any person within its jurisdiction the equal protection of the laws," essentially guaranteeing that all citizens, regardless of race or background, should be treated equally under the law by the government; it is a key provision used to combat discrimination against individuals or groups **Claim: On or About October 2021-Jan 2025,** The state of South Carolina, the county of Colleton, the city of Walterboro, the Carrollton County Sheriff's Department and detention center, the Department of Social Services of South Carolina, knowingly, maliciously, and intentionally violated Mr. Jedidiah Warwick's 14th Amendment right to equal protection of the law.

9. 42 U.S.C. § 12203, titled "Prohibition against retaliation and coercion," safeguards individuals from facing negative consequences for exercising specific rights. It protects against both retaliation, which encompasses any discrimination faced for opposing unlawful practices, filing complaints, or participating in investigations, and coercion, which prohibits attempts to intimidate, threaten, or interfere with individuals exercising their rights or encouraging others to do so. This law fosters a climate where individuals can freely exercise their rights without fear of retribution, upholding the protections outlined within the relevant chapter. **Claim: On or About December 2021-Jan 2025,** The state of South Carolina, the county of Colleton, the city of Walterboro, the Carrollton County Sheriff's Department, the Department of Social Services of South Carolina, knowingly, willingly, and intentionally retaliated, coerced, and intimidated Mr. Jedidiah Worrick and his family to the extent of separating his family from him causing division and undue stress.

10. 18 § USC 241: Section 241 makes it unlawful for two or more persons to agree to injure, threaten, or intimidate a person in the United States in the free exercise or enjoyment of any right or privilege secured by the Constitution or laws of the United States or because of his or her having exercised such a right. Unlike most conspiracy statutes, §241 does not require, as an element, the commission of an overt act. The offense is always a felony, even if the underlying conduct would not, on its own, establish a felony violation of another criminal civil rights statute. It is punishable by up to ten years imprisonment unless the government proves an aggravating factor (such as that the offense involved kidnapping aggravated sexual abuse, or resulted in death) in which case it may be punished by up to life imprisonment and, if death

results, may be eligible for the death penalty. **Claim: On or About October 2021-Jan 2025,** The state of South Carolina, the county of Colleton, The city of Walterboro, the Colleton County Sheriff's Department and detention center, The Department of Social Services of South Carolina, and Rebecca Hill, knowingly, intentionally, and maliciously conspired against Mr. Worrick for the exercise of his Constitutional rights.

11. 18 § USC 242: This provision makes it a crime for someone acting under color of law to willfully deprive a person of a right or privilege protected by the Constitution or laws of the United States. It is not necessary that the offense be motivated by racial bias or by any other animus. Defendants act under color of law when they wield power vested by a government entity. Those prosecuted under the statute typically include police officers, sheriff's deputies, and prison guards. However other government actors, such as judges, district attorneys, other public officials, and public-school employees can also act under color of law and can be prosecuted under this statute. **Claim: On or About October 2021-Jan 2025,** The state of South Carolina, the county of Colleton, the city of Walterboro, the Colleton County Sheriff's Department, and Rebecca Hill, knowingly, intentionally, and maliciously conspired to deprive Mr. Jedidiah Worrick and his family of their Constitutional rights. **Section 242 does not criminalize any particular type of abusive conduct. Instead, it incorporates by reference rights defined by the Constitution, federal statutes, and interpretive case law. Cases charged by federal prosecutors most often involve physical or sexual assaults. The Department has also prosecuted public officials for thefts, false arrests, evidence-planting, and failing to protect someone in custody from constitutional violations committed by others. A violation of the statute is a misdemeanor, unless prosecutors prove one of the statutory aggravating factors such as a bodily injury, use of a dangerous weapon, kidnapping, aggravated sexual abuse, death resulting, or attempt to kill, in which case there are graduated penalties up to and including life in prison or death. If charged in conjunction with 18 U.S.C. § 250, as noted below, all sexual assaults under color of law are felonies.

12. 18 § USC 1985 (3): (3)Depriving persons of rights or privileges: If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws; or if two or more persons conspire to prevent by force, intimidation, or threat, any citizen who is lawfully entitled to vote, from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice President, or as a Member of Congress of the United States; or to

injure any citizen in person or property on account of such support or advocacy; in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators. **Claim: On or About October 2021-Jan 2025,** The state of South Carolina, the county of Colleton, the city of Walterboro, the Colleton County Sheriff's Department and Detention Center, and Rebecca Hill, deprived Mr. Jedidiah Worrick and his family of their constitutional rights which have been listed above this is a clear violation.

13. 18 § USC 1986 Every person who, having knowledge that any of the wrongs conspired to be done, and mentioned in section 1985 of this title, are about to be committed, and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the individual being wronged. **Claim: On or About October 2021-Jan 2025,** the state of South Carolina, the county of Colleton, the Department of Social Services of South Carolina, the Colleton County Sheriff's Department and detention Center, the city of Walterboro, and Rebecca Hill failed to protect Mr. Jedidiah Worrick and his family's constitutional rights which resulted in irreversible injuries.

14. SC § 16-5-60, Any citizen who shall be hindered, prevented or obstructed in the exercise of the rights and privileges secured to him by the Constitution and laws of the United States or by the Constitution and laws of this State or shall be injured in his person or property because of his exercise of the same may claim and prosecute the county in which the offense shall be committed for any damages he shall sustain thereby, and the county shall be responsible for the payment of such damages as the court may award, which shall be paid by the county treasurer of such county on a warrant drawn by the governing body thereof. Such warrant shall be drawn by the governing body as soon as a certified copy of the judgment roll is delivered to them for file in their office. **Claim: On or About October 2021-Jan 2025,** The state of South Carolina, the county of Colleton, the city of Walterboro, the Colleton County Sheriff's Department and Detention Center, The Department of Social Services of South Carolina and Rebecca Hill hindered, prevented and obstructed, Knowingly, maliciously, and intentionally Mr. Jedidiah Worrick's Constitutional rights

15. SC § 8-1-80 PUBLIC OFFICIAL MISCONDUCT/EXCESSIVE USE OF FORCE (Rebecca Hill, Charles Turkal, Colleton County Sheriff's) Any public officer whose authority is limited to a single election or judicial district who is guilty of any official misconduct, habitual negligence, habitual drunkenness, corruption, fraud, or oppression shall be liable to indictment and, upon conviction thereof, shall be fined not more than one thousand dollars and imprisoned not more than one year. **Claim:**

**On or About October 2021-Jan 2025,** the state of South Carolina, the county of Colleton, the Department of Social Services of South Carolina, the Colleton County Sheriff's Department, the city of Walterboro, and Rebecca Hill have all use their positions in a way that proves official misconduct and official excessive use of force. They did this knowingly, willingly, maliciously, and intentionally for the exercise of constitutional rights. **The presiding judge before whom any public officer convicted under this section is tried shall order a certified copy of the indictment to be immediately transmitted to the Governor who must, upon receipt of the indictment, by executive order declare the office to be vacant. The office must be filled as in the case of the death or resignation of the officer.

We will be filing suit in the federal district courts District 4 to be precise here in Columbia South Carolina. We will be seeking a handsome number for these deliberate Constitutional violations, injuries and embarrassments bestowed upon Mr. Worrick for the false charges and false reporting in the media which includes defamation of Mr. Worrick 's character. Mr. Worrick has since seen much discrimination from those who are in support of the law enforcement or those closely tied to Colleton County government. This will not be allowed nor accepted as reasonable behavior. You have 3 months before the lawsuit will be filed have a great day.


The Respected,


Jedidiah Worrick

List of Defendants & Agencies Address and Contact Information:

State of South Carolina:

Attorney General Alan Wilson

Rembert Dennis (Office of A.G. Wilson)

1000 Assembly St. Room 519

Columbia, SC 29201

The Honorable Alan Wilson (Mailing Address)

P.O. Box 11549

Columbia, SC 29211

Colleton County Sheriff Dept.

394 Mable T. Willis Blvd

Guerry "Buddy" Hill (Sheriff)

Wanda Taylor (Jail)

Walterboro City Council:

242 Hampton St.

Walterboro, SC 29488

Mayor William T. Young Jr.

Councilman James Broderick

Councilwoman Judy Bridge

Councilman Carl Brown

Councilman Ladson Fishburne

Councilman Paul Siegel

Councilman Greg Pryor

South Carolina Department of Social Services (Walterboro):

215 Lamacks St.

Walterboro, SC 29488

Charles Turkal

Sandra Polk

Former Clerk of Court for Colleton County:

Rebecca Hill

*[signature]*

Jedidiah Worrick

[Type the sender company name]